Fill in this information to identify the case:

Debtor name __CSA Holdings, Inc._____

United States Bankruptcy Court for the: _____ District of __Colorado__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................. $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ 113,345

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $ 113,345

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............... $ 0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................. $ 244,188

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................. + $ 1,073,092

4. **Total liabilities**.................................................................
   Lines 2 + 3a + 3b                                                                  $ 1,317,280

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1