**Fill in this information to identify the case:**

Debtor name __CSA Holdings, Inc.__

United States Bankruptcy Court for the: _____ District of __Colorado__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

Debtor _____ CSA Holdings, Inc. _____

United States Bankruptcy Court for the: _____ District of __Colorado__
                                                              (State)

Case number _____
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Thomas Siciliano
401 Interlocken Blvd.
Broomfield, CO 80021

Date or dates debt was incurred
Nov. 2015 to present

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: $ 20,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
compensation/wages owed

Is the claim subject to offset?
☒ No
☐ Yes

Priority amount: $ 20,000

---

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
2864 S. Circle Dr.
Colorado Springs, CO 80906

Date or dates debt was incurred
2015

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 216,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
taxes and penalties

Is the claim subject to offset?
☒ No
☐ Yes

Priority amount: $ 216,000

---

**2.3** Priority creditor's name and mailing address
Colo. Dept. of Labor and Unemployment
P.O. Box 8789
Denver, CO 80201

Date or dates debt was incurred
2015

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 2,312
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
taxes

Is the claim subject to offset?
☐ No
☐ Yes

Priority amount: $ 2,312

**Part 1.** | **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

City of Seattle Dept. of Finance
700 5th Ave., Suite 4250
Seattle, WA 98124

$ 552    $ 552

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.5** Priority creditor's name and mailing address

Poudre Valley
P.O. Box 272550
Fort Collins, CO 80527

$ 500    $ 500

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
taxes/assessments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.6** Priority creditor's name and mailing address

Larimer County
P.O. Box 17446
Fort Collins, CO 80217

$ 125    $ 125

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
taxes/assessments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.7** Priority creditor's name and mailing address

North Carolina Dept. of Revenue
P.O. Box 25000
Raleigh, NC 27640

$ 3,000    $ 3,000

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
taxes/assessments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Part 1.**    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8**   Priority creditor's name and mailing address

$ 400      $ 400

E-470 Public Highway Authority
P.O. Box 5470
Denver, CO 80217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
taxes/assessments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.9**   Priority creditor's name and mailing address

$ 700      $ 700

Colorado Dept. of Labor
P.O. Box 8789
Denver, CO 80201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
taxes/assessments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.10**   Priority creditor's name and mailing address

$ 600      $ 600

City of Denver Dept. of Excise & Licenses
201 W. Colfax Ave., Dept. 206
Denver, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
taxes/assessments

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.__**   Priority creditor's name and mailing address

$ _____      $ _____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address
Emil Assentato
141 Pipping Rock Rd.
Locust Valley, NM 11560

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 50,000

**3.2**
Nonpriority creditor's name and mailing address
Power Up Lending Group Ltd.
111 Great Neck Rd., Suite 216
Great Neck, NY 11021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 154,500

**3.3**
Nonpriority creditor's name and mailing address
Eagle Equities, LLC
91 Shelton Ave., Suite 107
New Haven, CT 06511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 146,712

**3.4**
Nonpriority creditor's name and mailing address
LG Capital Funding LLC
1218 Union St., Suite #2
Brooklyn, NY 11225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 150,097

**3.5**
Nonpriority creditor's name and mailing address
Nancy Mulholland Conroy
address unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 48,905

**3.6**
Nonpriority creditor's name and mailing address
Accounting Principals
Dept. CH
Palatine, IL 60055

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: accounting services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,785

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Accu-Tech Corporation

1950 N. Stemmons Fwy., Suite 5010

Dallas, TX 75202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: business services

$ 92,802

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Action Staffing Solutions

P.O. Box 52235

Newark, NJ

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

$ 6,882

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

ADI Security

P.O. Box 731340

Dallas, TX 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

$ 38,943

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

B2B

1615 California St., #421

Denver, CO 80202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

$ 26,206

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Beta Health Association

9725 E. Hampden Ave. #400

Denver, CO 80231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

$ 13

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12** | Nonpriority creditor's name and mailing address

BrandHigher, LLC
900 Washington St., Suite A
Norwood, MA 02062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  business services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,075

---

**3.13** | Nonpriority creditor's name and mailing address

Builders Mutual
P.O. Box 3556
Orlando, FL 32802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,906

---

**3.14** | Nonpriority creditor's name and mailing address

Cannibis Investor
382 NE 191st, Suite 50970
Miami, FL 33179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350

---

**3.15** | Nonpriority creditor's name and mailing address

Capital Business Solutions
7052 Commerce Cir., Suite 120
Cheyenne, WY 82007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 394

---

**3.16** | Nonpriority creditor's name and mailing address

Catalyst Communications Group, Inc.
10527 W. Chautauga Mountain
Littleton, CO 80127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,167

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Clark Security Products
P.O. Box 847428
Dallas, TX 75284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,198

---

**3.18** Nonpriority creditor's name and mailing address

Comcast Business
P.O. Box 34744
Seattle, WS 98124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 262

---

**3.19** Nonpriority creditor's name and mailing address

Companion Life
P.O. Box 100102
Columbia, SC 29202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 714

---

**3.20** Nonpriority creditor's name and mailing address

Connectwise Inc.
4110 George Rd., Suite 200
Tampa, FL 33634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 373

---

**3.21** Nonpriority creditor's name and mailing address

Continental Western Group
P.O. Box 1594
Des Moines, IA 50306

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 325

Debtor    CS1 Holdings, Inc.
    Name

Case Number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** | **Nonpriority creditor's name and mailing address**

Cops Monitoring
P.O. Box 836
Williamstown, NJ 08094

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: business services

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,317

---

**3.23** | **Nonpriority creditor's name and mailing address**

Corporate Technology Solutions
1971 E. 5th St., Suite 111
Tempe, AZ 85281

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,088

---

**3.24** | **Nonpriority creditor's name and mailing address**

Cyopsis
600 N. Grant St., Suite 208
Denver, CO 80203

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,001

---

**3.25** | **Nonpriority creditor's name and mailing address**

Diebold Inc.
15761 E. Centretech Pkwy.
Aurora, CO 80011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Is the claim subject to offset?
☒ No
☐ Yes

$ 117

---

**3.26** | **Nonpriority creditor's name and mailing address**

Eldorado Artesian Springs
P.O. Box 445
Eldorado Springs, CO 80025

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Is the claim subject to offset?
☒ No
☐ Yes

$ 29

---

Debtor CESA Holdings, Inc.
_____
Name

Case number (if known)_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

Elkus & Sisson, P.C.

501 S. Cherry St. #920

Denver, CO 80246

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  business services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,157

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

---

**3.28** | **Nonpriority creditor's name and mailing address**

Employment Compliance Solutions

2268 Primrose Lane

Erie, CO 80516

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,798

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

---

**3.29** | **Nonpriority creditor's name and mailing address**

Globex Transfer, LLC

780 Deltona Blvd., Suite 202

Deltona, FL 32725

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,077

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

---

**3.30** | **Nonpriority creditor's name and mailing address**

Haynie & Company Newport

4910 Campus Dr.

Newport Beach, CA 92660

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,580

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

---

**3.31** | **Nonpriority creditor's name and mailing address**

Husch Blackwell LLP

P.O. Box 802765

Kansas City, MO 64180

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,730

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

---

Debtor   CSG Holdings, Inc.
   Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

Ingenium Accounting Associates

4755 Caughlin Pkwy., Suite A

Reno, NV 89519

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 23,402

---

**3.33** **Nonpriority creditor's name and mailing address**

Kaiser Permanente

P.O. Box 711697

Denver, CO 80271

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   health insurance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 2,974

---

**3.34** **Nonpriority creditor's name and mailing address**

Kilpatrick Townsend LLP

P.O. Box 39000

San Francisco, CA 94139

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 4,832

---

**3.35** **Nonpriority creditor's name and mailing address**

Lakeside Office Park, LLC

4704 Harlan St., Suite 685

Denver, CO 80212

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   rent

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,183

---

**3.36** **Nonpriority creditor's name and mailing address**

Lease Corporation America

P.O. Box 72283

Cleveland, OH 44192

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 336

---

Debtor  CASA Holdings, Inc.
        Name

Case number (if known)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** | **Nonpriority creditor's name and mailing address**

Legal & Compliance LLC
330 Clematis St., Suite 217
West Palm Beach, FL 33401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 11,462

**Basis for the claim:**  business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

Mathias Lock & Key
1123 Delaware St.
Denver, CO 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,431

**Basis for the claim:**  business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

OutSource
1960 E. Grand Ave., Suite 1180
El Segundo, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34,470

**Basis for the claim:**  business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

Pinnacol Assurance
P.O. Box 561434
Denver, CO 80256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,400

**Basis for the claim:**  business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

Premium Assignment Corporation
P.O. Box 8000
Tallahassee, FL 32314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,538

**Basis for the claim:**  business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    CFS Holdings, Inc.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Progressive Insurance
P.O. Box 894749
Los Angeles, CA 90189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**$ 1,482**

Basis for the claim:  business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

PubCo Reporting Solutions, Inc.
6800 SW 40th St., #213
Miami, FL 33155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 140**

Basis for the claim:  business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

PureWater Dynamics, Inc.
30 Kalamath St.
Denver, CO 80223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 141**

Basis for the claim:  business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Robert Half
P.O. Box 743295
Los Angeles, CA 90074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 2,104**

Basis for the claim:  business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Seth Adler
address unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 1,500**

Basis for the claim:  business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor     CES Holdings, Inc.
           Name                                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** | Nonpriority creditor's name and mailing address

Staples Business Advantage
P.O. Box 83689
Chicago, IL 60696

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    business services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ ___1,399___

---

**348** | Nonpriority creditor's name and mailing address

Technology Solution Providers
1881 Campus Commons Dr. #205
Reston, VA 20190

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    business services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ ___3,510___

---

**3.49** | Nonpriority creditor's name and mailing address

Thayer O'Neal Company, PLLC
101 Parklane Blvd. 201
Sugar Land, TX 77478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    business services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ ___10,000___

---

**3.50** | Nonpriority creditor's name and mailing address

Toyota Financial Services
P.O. Box 9490
Cedar Rapids, IA 52409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    vehicle loan

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ ___214___

---

**3.51** | Nonpriority creditor's name and mailing address

TrackTik
4200 St. Laurent Blvd. #445
Montreal, OC H2WR2 Canada

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    business services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ ___5,000___

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.52** Nonpriority creditor's name and mailing address

Vicente Sederberg, LLC
1244 Grant St.
Denver, CO 80203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 195

---

**3.53** Nonpriority creditor's name and mailing address

WSRP, LLC
155 N. 400 West, Suite 400
Salt Lake City, UT 84140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,146

---

**3.54** Nonpriority creditor's name and mailing address

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 98

---

**3.55** Nonpriority creditor's name and mailing address

Omni Sentry
7020 Hayvenhurst Ave., Unit G
Van Nuys, CA 91406

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,500

---

**3.56** Nonpriority creditor's name and mailing address

Hein & Associates
1999 Broadway, Suite 4000
Denver, CO 80202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,000

Debtor    TESAN Holdings, Inc.
Name

Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Dan Williams

address unknown

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  civil claim (disputed)

$ 1

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☒ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Mailchimp Rocket Group
675 Ponce de Leon Ave. NE, Suite 5000
Atlanta, GA 30308

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  business services

$ 50

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

When I Work
420 5th St. N, #500
Minneapolis, MN 55401

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  business services

$ 200

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Sensi / N2 Publishing
5501 New Centre Dr.
Wilmington, NC 28403

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  business services

$ 350

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Fleetmatics USA LLC
100 Winter St., Suite 4600
Waltham, MA 02451

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  business services

$ 200

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor    CSAI Holdings, Inc.
          _____
          Name

                                                  Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.62** Nonpriority creditor's name and mailing address

Tech Pro
99 NW 11 St.
Boca Raton, FL 33432

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** business services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700

---

**3.63** Nonpriority creditor's name and mailing address

When to Work
360 E 1st, #301
Tustin, CA 92780

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 175

---

**3.64** Nonpriority creditor's name and mailing address

ExecuNet
295 Westport Ave.
Norwalk, CT 06850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,800

---

**3.65** Nonpriority creditor's name and mailing address

Corvinus
33407 Mineral Ln.
Pine, CO 80470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,900

---

**3.66** Nonpriority creditor's name and mailing address

Hardcar
3485 Ridgeview Cir.
Palm Springs, CA 92264

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500

---

Debtor ___Cesar Holdings, Inc._____ Case number _(if known)_____
Name

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.67** | Nonpriority creditor's name and mailing address

MJ Business Daily

2750 S. Wadsworth Blvd., Suite D-200

Denver, CO 80227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 200

**3.68** | Nonpriority creditor's name and mailing address

Blue Line Marketing

633 Skokie Blvd., Suite 100LL

Northbrook, IL 60062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 450

**3.69** | Nonpriority creditor's name and mailing address

Gallegos

P.O. Box 1986

Fort Collins, CO 80522

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125

**3.70** | Nonpriority creditor's name and mailing address

BBB

8020 S. County Rd. 5, Suite 100

Fort Collins, CO 80528

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650

**3.71** | Nonpriority creditor's name and mailing address

Adecco Group

10151 Deerwood Park Blvd., Bldg. 200 #400

Jacksonville, FL 32256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** business services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,600

Debtor _____CeSal Holdings, Inc._____        Case number (if known)_____
            Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.72** Nonpriority creditor's name and mailing address

IDNS
924 Bergen Ave., Suite 289
Jersey City, NJ 07306

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  business services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 100

**3.73** Nonpriority creditor's name and mailing address

Broadridge
P.O. Box 416423
Boston, MA 02241

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 300

**3.74** Nonpriority creditor's name and mailing address

Fred V. Schiemann
429 W. Plumb Ln.
Reno, NV 89509

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,500

**3.75** Nonpriority creditor's name and mailing address

Alarm Inc.
8281 Greensboro, Suite 100
Tyson, VA 22102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 50

**3.76** Nonpriority creditor's name and mailing address

Alan Burke

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  civil claim

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

$ 4,000

Debtor  CESA Holdings, Inc.
Name

Case number (if known)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.77** | **Nonpriority creditor's name and mailing address**

Kent Spuehler

address unknown

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  civil claim

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

$ 26,206

---

**3.78** | **Nonpriority creditor's name and mailing address**

OTC Markets Group
304 Hudson St.
New York, NY 10013

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 8,000

---

**3.79** | **Nonpriority creditor's name and mailing address**

Cricket Wireless
4202 Wadsworth Blvd.
Wheat Ridge, CO 80033

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  business services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 75

---

**3.___** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

**3.___** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

Debtor _____CSA Holdings, Inc._____    Case number _(if known)_ _____
            Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Stephen J. Czarnick, Esq.<br>Czarnick & Associates<br>245 Park Ave., 39th Floor<br>New York, NY 10167 | Line _3.2_<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Adam Massaro, Esq.<br>Lewis Roca Rothgerber Christie LLP<br>1200 17th St., Suite 3000<br>Denver, CO 80202 | Line _3.57_<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | J. Peter Linder, Esq.<br>Bell, Gould, Linder & Scott, P.C.<br>322 E. Oak St.<br>Fort Collins, CO 80524 | Line ____<br>☒ Not listed. Explain _notification for_<br>_vehicle lessor_ | __ __ __ __ |
| 4.4. | Justin G. Vaughn, Esq.<br>6312 S. Fiddler's Green Cir., Suite 310E<br>Greenwood Village, CO 80111 | Line _3.10_, 3.77<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 244,188 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,073,092 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,317,280 |